UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE
COMPANY,

                Plaintiff,

-v-

MEDITERRANEAN SHIPPING
COMPANY (USA) INC.
and MEDITERRANEAN SHIPPING
COMPANY S.A.,

                Defendants.

22-CV-6021 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Mediterranean Shipping Company (USA) Inc. was served on September 9, 2022. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by October 19, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant Mediterranean Shipping Company (USA) Inc.

    SO ORDERED.

Dated: October 5, 2022
       New York, New York

                                                J. PAUL OETKEN
                                          United States District Judge